UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES SPARANO

v.  CASE NO.  3:19 CV 681 (VAB)

JLO AUTOMOTIVE d/b/a EXECUTIVE KIA       NOVEMBER 19, 2021

## DEFENDANT'S MOTION IN LIMINE RE: PAROLE EVIDENCE RULE

Defendant JLO Automotive d/b/a Executive Kia respectfully moves *in limine* to preclude Plaintiff, James Sparano, from offering any parol evidence or testimony to attempt to explain or contradict the terms of the signed writings between the parties. As set forth in more detail in the attached Memorandum of Law, the facts of the present case warrant the application of the parol evidence rule.

**WHEREFORE,** on the reasoning set forth above, Defendant respectfully requests that its motion *in limine* be granted, precluding Plaintiff, James Sparano, from offering any parol evidence or testimony to attempt to explain or contradict the terms of the signed writings between the parties.

THE DEFENDANT,
JLO AUTOMOTIVE d/b/a EXECUTIVE KIA

By:  /s/ Johanna S. Katz
Joshua A. Hawks-Ladds - ct09446
Johanna S. Katz – ct29907
Pullman & Comley, LLC
90 State House Square
Hartford, CT  06103-3702
Telephone  860 424 4300
Facsimile 860 424 4370
Its Attorneys

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                         /s/ Johanna S. Katz
                                         Johanna S. Katz

ACTIVE/80746.1/JKATZ/9940616v1